

NUMBER 13-14-00156-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF I. S. Y. AND A. A. Y., CHILDREN

On Appeal from the 197th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Richard Joe Ybarra, appealed a judgment entered by the 197th District Court of Cameron County, Texas. On March 19, 2014, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on March 5, 2014, and that the district clerk, Kary Richardson, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect

was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
10th day of April, 2014.